USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
JONATHAN PEREZ,

                      Petitioner,

          -v-

UNITED STATES OF AMERICA,

                      Respondent.

-------------------------------------------------------------- X

16-cr-656-GHW

1:19-cv-9129-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On December 3, 2019, the Court entered an order directing Petitioner Jonathan Perez to execute the form entitled "Attorney-Client Privilege Waiver (Informed Consent)." 19-cv-9129, Dkt. No. 6; 16-cr-656, Dkt. No. 692. The Court's order further directed the Government to file its opposition to Mr. Perez's petition by no later than 30 days following receipt of the executed form. Mr. Perez returned the signature page of the attorney-client privilege waiver form to the Court and that signature page was filed on December 19, 2019. 19-cv-9129, Dkt. No. 7. Accordingly, the Government's opposition to Mr. Perez's petition was due no later than January 21, 2020. The Court has not received that opposition. The Government is directed to file its opposition to Mr. Perez's petition or a request for an extension of the deadline to file that opposition forthwith, and in any event by no later than January 31, 2020.

The Clerk of Court is directed to send a copy of this order by to Mr. Perez by first-class and certified mail.

SO ORDERED.

Dated: January 27, 2020
      New York, New York

                                                     GREGORY H. WOODS
                                                   United States District Judge