```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JONATHAN PEREZ,                                              :
                                                             :
                                    Petitioner,              :      16-cr-656-GHW
                                                             :
                  -v-                                        :
                                                             :      1:19-cv-9129-GHW
UNITED STATES OF AMERICA,                                    :
                                                             :      ORDER
                                    Respondent.              :
                                                             :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On February 25, 2020, the Court ordered the Government to file its answer to Mr. Perez's petition by no later than March 20, 2020. The Court directed Mr. Perez to file his response to the Government's answer by no later than April 27, 2020. 19-cv-9129, Dkt. No. 10; 16-cr-656, Dkt. No. 717. On March 23, 2020, the Government filed its opposition. 16-cr-656, Dkt. No. 726.

As of the date of this order, the Court has not received Mr. Perez's response. The deadline for Mr. Perez to file his opposition is extended to June 15, 2020. If plaintiff fails to file his response by that date, the Court will treat the petition as fully briefed, and will rule on it in due course without the benefit of Mr. Perez's arguments.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Mr. Perez.

SO ORDERED.

Dated: May 11, 2020

_____
GREGORY H. WOODS
United States District Judge