```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
        :
JONATHAN PEREZ,      :
        :
        Petitioner,  :    1:16-cr-656-GHW-2
     -v-       :
        :    1:19-cv-9129-GHW
UNITED STATES OF AMERICA,  :
        :    ORDER
        Respondent.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 23, 2020, the Government filed its opposition to Mr. Perez's petition. 16-cr-656, Dkt. No. 726. Mr. Perez's response to the Government's opposition was due by no later than April 27, 2020. 19-cv-9129, Dkt. No. 10; 16-cr-656, Dkt. No. 717. When Mr. Perez had not filed his response by May 11, 2020, the Court directed Mr. Perez to file his response by June 15, 2020. 19-cv-9129, Dkt. No. 12; 16-cr-656, Dkt. No. 737. By letter dated June 1, 2020, Mr. Perez requested an extension because he had not received the Government's opposition and that he did not have access to the resources necessary to prepare to his response. 19-cv-9129, Dkt. No. 14; 16-cr-656, Dkt. No. 747.

Mr. Perez's application for an extension is granted. Petitioner's response is due no later than September 15, 2020. The Government is directed to mail a copy of its opposition to Mr. Perez by June 18, 2020.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Mr. Perez.

SO ORDERED.

Dated: June 11, 2020

_____<br>
GREGORY N. WOODS<br>
United States District Judge