```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
                    -against-              :
                                           :
    JONATHAN PEREZ,                        :         1:16-cr-656-GHW-2
                                           :
                          Defendant.       :         ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2025

GREGORY H. WOODS, United States District Judge:

The hearing currently scheduled for January 6, 2025 at 11:00 a.m. is rescheduled. The hearing will take place on January 6, 2025 at 10:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: January 3, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge